151 A.3d 93

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. N.L., DEFENDANT-PE-
TITIONER, AND D.W., DEFENDANT.IN THE MATTER OF
J.R.D., A MINOR-RESPONDENT.NEW JERSEY DIVISION OF
CHILD PROTECTION AND PERMANENCY, PLAINTIFF-RE-
SPONDENT, v. N.L., AND S.B., DEFENDANTS.IN THE MAT-
TER OF H.A.B., A MINOR-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-
1365/1660/1661/1909-13 having been submitted to this Court, and
the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 94

BRENT STAIGER, PLAINTIFF-PETITIONER, v. WATERFORD
TOWNSHIP, DEFENDANT-RESPONDENT.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003863-13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.